## IN THE UNITED STATES COURT OF APPEALS
### FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 19, 2012

Lyle W. Cayce
Clerk

No. 11-40922
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

HERMAN OTONIEL LOPEZ JUAREZ, also known as Genaro Antonio Cruz
Garcia,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:11-CR-464-1

Before DAVIS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Herman Otoniel Lopez Juarez has
moved for leave to withdraw and has filed a brief in accordance with *Anders v.
California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th
Cir. 2011). Lopez Juarez has filed a response. We have reviewed counsel's brief
and the relevant portions of the record reflected therein, as well as Lopez
Juarez's response. We concur with counsel's assessment that the appeal

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.